UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JEE YOON OLSEN**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:07-CR-300 (GHL)

Robert P. Bogdan, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) 1 as superseded on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED: June 10, 2007**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $100.00 and special assessment of $5.00. The total amount of the fine and special assessment amounts to $105.00, payable immediately. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** original Count 1 of the Information is dismissed on motion of the Government.

November 14, 2007
Date of Imposition of Sentence

November 27, 2007
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge